**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR IVAN ALVAREZ MANJARREZ (D14),<br><br>CRUZ JENKINS (D16),<br><br>Defendants. | Case No. 25-cr-3564-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for March 13, 2026, at 1:30 p.m., be continued to April 17, 2026, at 1:30 p.m. Defendants released on bond shall file an acknowledgment of the new hearing date within one week of this order.

**IT IS FURTHER ORDERED** that time is automatically excluded under the Speedy Trial Act until April 17, 2026, due to pending motions. *See* 18 U.S.C. § 3161(h)(1)(D).

Further, the Court finds that the ends of justice served by continuing the motion hearing/trial setting outweigh the best interest of the public and the defendant in a speedy trial. This is because additional time is necessary to avoid a

miscarriage of justice and for effective preparation, taking into account the parties' exercise of due diligence for the reasons stated by the parties in the joint motion. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  March 11, 2026

Hon. Janis L. Sammartino
United States District Judge